**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**GUY CLAYTON BARNES**                                                                          **PLAINTIFF**
**ADC #93209**

v.                                         Case No. 5:12CV00442 BSM

**RAY HOBBS, Director, Arkansas**
**Department of Correction et al.**                                                     **DEFENDANTS**

## ORDER

The proposed findings and recommended disposition submitted by United States Magistrate Judge Joe J. Volpe and plaintiff's objections have been reviewed. After carefully considering the objections and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.    Plaintiff's application to proceed without prepayment of fees and affidavit [Doc. No. 1] is denied.

2.    Should plaintiff wish to continue this case, he must submit the statutory filing fee of $350.00 to the Clerk, noting the above case style and number within ten (10) days of the date of this Order, together with a motion to reopen the case. Upon receipt of the motion and full payment, the case will be reopened.

3.    Plaintiff's complaint is dismissed without prejudice.

An appropriate judgment shall accompany this order

DATED this 13th day of December 2012.

_____
UNITED STATES DISTRICT JUDGE

2